**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANGELICA PAOLA TRILLERAS GOMEZ, MD,<br>and<br>JONATHAN ALAN LIAO<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security* et al.<br><br>*Defendants*. | No. 1:26-cv-02364-JMC |

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiffs' Motion for Preliminary Injunction. Having reviewed the Motion, together with all documents filed in support and opposition, and having been fully advised,

This Court hereby ORDERS:

1. Plaintiffs' Motion for Preliminary Injunction is GRANTED;

2. Pursuant to 5 U.S.C. § 705 and Federal Rule of Civil Procedure 65, the application and effective date of the Department of Homeland Security's Final Rule, Establishing a Fixed Time Period of Admission and an Extension of Stay Procedure for Nonimmigrant Academic Students, Exchange Visitors, and Representatives of Foreign Information Media, 91 Fed. Reg. 44976 (July 17, 2026), is STAYED as to Plaintiff Angelica Paola Trilleras Gomez, M.D., pending final judgment in this action;

3. Plaintiff Dr. Trilleras Gomez shall not accrue unlawful presence under 8 U.S.C. § 1182(a)(9)(B) during the pendency of this litigation; and

4. Defendants are ENJOINED from taking any action to alter Dr. Trilleras Gomez's immigration status or eligibility to remain in the United States based on the September 15, 2026 Final Rule while this matter remains pending.

Dated: ______________________________

_______________________________________
Hon. Jia M. Cobb
United States District Judge