**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANGELICA PAOLA TRILLERAS GOMEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | Case No. 26-cv-2364 (JMC) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiffs' motion for a preliminary injunction, ECF 8, is **DENIED**.

**SO ORDERED.**

JIA M. COBB
United States District Judge

Date: September 14, 2026